```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. No. S-04-481 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | Date: August 12, 2005 |
| RAHMAN ABUL SHADEBADI, ) | Time: 9:00 a.m. |
| ) | Ctrm: Hon. Garland E. Burrell, Jr. |
| Defendant. ) | |
| _____) | |

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Rahman Abul Shadebadi, through his counsel, Peter Kmeto, Esq., stipulate and agree to continue the non-evidentiary hearing set in this matter for August 12, 2005, at 9:00 a.m. and reschedule that hearing to August 26, 2005, at 9:00 a.m.

    The defendant's counsel's investigator, Glen Walker, and Sacramento County Sheriff's Deputy, Glen Weller, are scheduled to meet on August 12, 2005, at noon in order to have the CAD report and its coded entries in the CAD report interpreted.  The parties believe that a resolution of this case may result after

1  this interview, thus, alleviating the need for this Court to
2  litigate the pending motion to suppress evidence.  Accordingly, the
3  parties stipulate that time be excluded for the pendency of this
4  motion pursuant to 18 U.S.C. § 3161(h)(1)(F) - delay resulting from
5  any pretrial motion and 18 U.S.C. § 3161(h)(8)(B)(ii) - additional
6  time to adequately prepare for pretrial proceedings.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


                                  By:   /s/ William S. Wong
DATED: August 11, 2005                  WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff


DATED:  August 11, 2005           By:   /s/ Peter Kmeto
                                        PETER KMETO, ESQ.
                                        Attorney for Defendant

_____

**ORDER**

**IT IS SO ORDERED**

Dated:  August 12, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2