1  PETER KMETO
   Attorney at Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 318
3  Sacramento, CA 95814
   (916) 444-7420; FAX: (916) 441-6714
4
   Attorney for: RAHMAN ABUL SHADEBADI
5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )   No. CR-S-04-0481 GEB
                                    )
10            Plaintiff,             )
                                    )   STIPULATION AND ORDER
11       vs.                         )
                                    )
12 RAHMAN ABUL SHADEBADI,           )
                                    )
13            Defendant.             )
   _____  )
14

15       Defendant, RAHMAN ABUL SHADEBADI, through his attorney, PETER

16 KMETO, and the United States of America, through its counsel of record, WILLIAM

17 S. WONG, stipulate and agree to the following revised motion schedule:

18       1.    Hearing on the motion, November 4, 2005.

19       2.    The previously scheduled dates for hearing on motions shall be
               vacated.
20

21       The Defense needs additional time to investigate facts disclosed in the

22 government's recent response to a discovery request.  Accordingly, the parties

23 stipulate that time be excluded for the pendency of this motion pursuant to 18

24 U.S.C. §3161(h)(1)(F) [Local Code E]– delay resulting from any pretrial motion and

25 18 U.S. C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately

26 prepare for pretrial proceedings.

27

28                                   - 1 -

IT IS SO STIPULATED.

Dated: _____          /s/ _____
                        WILLIAM S. WONG
                        Assistant U.S. Attorney
                        for the Government


Dated: _____          /s/ _____
                        PETER KMETO
                        Attorney for Defendant
                        RAHMAN ABUL SHADEBADI

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing on motions be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. §3161 (h)(1)(F) [Local Code E], and 18 U.S.C. §3161 (h)(8)(B)(iv) [Local Code T4] until November 4, 2005, or whatever other date the hearing upon motions is held to permit counsel to prepare.

DATED: October 5, 2005

                        /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge

- 2 -