PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: RAHMAN ABUL SHADEBADI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-04-0481 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| RAHMAN ABUL SHADEBADI, | |
| Defendant. | |

Defendant, RAHMAN ABUL SHADEBADI, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, WILLIAM S. WONG, stipulate and agree to the following revised motion schedule:

1. Hearing on the motion, December 2, 2005.
2. The previously scheduled dates for hearing on motions shall be vacated.

The Defense is currently in settlement negotiations with the government and is considering withdrawing its motion to suppress. Accordingly, the parties stipulate that time be excluded for the pendency of this motion pursuant to 18 U.S.C. §3161(h)(1)(F) [Local Code E]– delay resulting from any pretrial motion and 18 U.S.C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

- 1 -

IT IS SO STIPULATED.

Dated: _____                               /s/ _____
                                             WILLIAM S. WONG
                                             Assistant U.S. Attorney
                                             for the Government


Dated: _____                               /s/ _____
                                             PETER KMETO
                                             Attorney for Defendant
                                             RAHMAN ABUL SHADEBADI

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing on motions be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. §3161 (h)(1)(F) [Local Code E], and 18 U.S.C. §3161 (h)(8)(B)(iv) [Local Code T4] until December 2, 2005, or whatever other date the hearing upon motions is held to permit counsel to prepare.

DATED: November 7, 2005

                                             /s/ Garland E. Burrell, Jr.
                                             GARLAND E. BURRELL, JR.
                                             United States District Judge

- 2 -