```
1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     )
                                 ) CR S-04-481 GEB
12                   Plaintiff,  )
                                 ) STIPULATION AND ORDER RESETTING
13            v.                 ) STATUS CONFERENCE, AND EXCLUDING
                                 ) TIME UNDER THE SPEEDY TRIAL ACT
14 RAHMAN ABUL SHADEBADI,        )
                                 )
15                   Defendant.  )
   _____)
16
```

17     The United States of America, through its counsels of record,
18 McGregor W. Scott, United States Attorney for the Eastern District
19 of California, and William S. Wong, Assistant United States
20 Attorney, and defendant Rahman Abul Shadebadi, through his counsel
21 of record, Peter Kmeto, Esq., hereby stipulate and agree to the
22 following revised schedule:
23     1.   Further status conference and/or entry of plea January 13,
            2006, at 9:00 a.m; and
24
       2.   The previously scheduled dates for hearing on motions
25          shall be vacated.
26     Counsel for the defendant is currently in a jury trial in
27 United States v. Greer, et al., CR-S-03-042 FCD.  The jury trial in
28 that matter started approximately a week ago and is scheduled to

1

1  last through February 2006.  However, counsel for the defendant
2  believes that during the Christmas holidays and some dates in
3  January, the jury trial will not be in session and he will available
4  to appear in this case on January 13, 2006, at 9:00 a.m., for
5  further status conference and/or entry of plea.  The parties need
6  further time to resolve and complete investigation that may impact
7  the sentence in this case and, therefore, need additional time for
8  further investigation.  Accordingly, the parties stipulate that time
9  be excluded for the pendency of the previously filed motion pursuant
10 to 18 U.S.C. § 3161(h)(1)(F) and Local Code E - delay resulting from
11 any pending pretrial motion, and 18 U.S.C. § 3161(h)(8)(B)(iv) and
12 Local Code T4 - additional time to conduct further investigation
13 regarding issues that may impact sentence.
14 IT IS SO STIPULATED.
15                                         McGREGOR W. SCOTT
                                           United States Attorney
16
17 Dated: December 1, 2005      By:   /s/ William S. Wong
                                      WILLIAM S. WONG
18                                    Assistant U.S. Attorney
                                      Attorneys for Plaintiff
19
20 DATED: December 1, 2005      By:   /S/ Peter Kmeto
                                      PETER KMETO
21                                    Attorney for Defendant
                                      RAHMAN ABUL SHADEBADI
22
   _____
23
                                   **ORDER**
24     UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is
25 hereby ordered that the hearing on the motion be continued as set
26 forth above and that this matter be set for further status
27 conference and/or entry of plea as set forth above.
28 ///

The Court finds excludable time as set forth above to and including January 13, 2006.

**IT IS SO ORDERED.**

Dated:   December 5, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge