```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   ) | CR S-04-481 GEB |
|            Plaintiff,             )<br>                                   ) | STIPULATION AND ORDER RESETTING |
|       v.                          )<br>                                   ) | STATUS CONFERENCE, AND EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL ACT |
| RAHMAN ABUL SHADEBADI,             )<br>                                   )<br>            Defendant.             )<br>_____) | |

   The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Rahman Abul Shadebadi, through his counsel of record, Peter Kmeto, Esq., hereby stipulate and agree to the following revised schedule:

   1. Further status conference and/or entry of plea February 10, 2006, at 9:00 a.m; and

   2. The previously scheduled dates for hearing on motions shall be vacated.

   Counsel for the defendant is currently in a jury trial in <u>United States v. Greer, et al.</u>, CR-S-03-042 FCD.  The jury trial in that matter started approximately a week ago and is scheduled to

1

1 last through February 2006.  The parties need further time to
2 resolve and complete investigation that may impact the sentence in
3 this case and, therefore, need additional time for further
4 investigation.  Accordingly, the parties stipulate that time be
5 excluded for the pendency of the previously filed motion pursuant to
6 18 U.S.C. § 3161(h)(1)(F) and Local Code E - delay resulting from
7 any pending pretrial motion, and 18 U.S.C. § 3161(h)(8)(B)(iv) and
8 Local Code T4 - additional time to conduct further investigation
9 regarding issues that may impact sentence and due to the
10 unavailability of defense counsel.
11 IT IS SO STIPULATED.

12                                         McGREGOR W. SCOTT
                                            United States Attorney
13
   Dated: January 10, 2006         By:    /s/ William S. Wong
14                                         WILLIAM S. WONG
                                           Assistant U.S. Attorney
15                                         Attorneys for Plaintiff

16 DATED: January 10, 2006         By:    /S/ Peter Kmeto
                                           PETER KMETO
17                                         Attorney for Defendant
                                           RAHMAN ABUL SHADEBADI
18
   _____
19                                **ORDER**

20     UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is
21 hereby ordered that the hearing on the motion be continued as set
22 forth above and that this matter be set for further status
23 conference and/or entry of plea as set forth above.
24     The Court finds excludable time as set forth above to and
25 /
26 /
27 /
28 /

                                  2

including February 10, 2006.

**IT IS SO ORDERED.**

Dated:  January 12, 2006

<pre>
                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge
</pre>