```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-04-481 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER RESETTING |
| v. ) | STATUS CONFERENCE, AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| RAHMAN ABUL SHADEBADI, ) | |
| Defendant. ) | |
| _____) | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Rahman Abul Shadebadi, through his counsel of record, Peter Kmeto, Esq., hereby stipulate and agree that the status conference and/or entry of plea be continued to March 24, 2006, at 9:00 a.m.

The defendant has retained Pete Kmeto, Esq., and his counsel is currently in a jury trial in United States v. Greer, et al., CR-S-03-042 FCD. The jury trial is expected to last approximately five weeks. The parties need further time to resolve and complete investigation that may impact the sentence in this case and,

1

therefore, need additional time for further investigation. Accordingly, the parties stipulate that time be excluded for the pendency of the previously filed motion pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E - delay resulting from any pending pretrial motion, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 - additional time to conduct further investigation regarding issues that may impact sentence and due to the unavailability of defense counsel.

IT IS SO STIPULATED.

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: February 9, 2006        By:      /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff


DATED: February 9, 2006        By:      /s/ Peter Kmeto
                                        PETER KMETO
                                        Attorney for Defendant
                                        RAHMAN ABUL SHADEBADI
```

_____
**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference and/or entry of plea as set forth above.

The Court finds excludable time as set forth above to and including March 24, 2006.

**IT IS SO ORDERED.**

Dated: February 21, 2006

```
                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
```