1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   ) CR S-04-481 GEB
12                  Plaintiff,     )
                                   ) STIPULATION AND ORDER RESETTING
13             v.                  ) STATUS CONFERENCE, AND EXCLUDING
                                   ) TIME UNDER THE SPEEDY TRIAL ACT
14 RAHMAN ABUL SHADEBADI,          )
                                   )
15                  Defendant.     )
   _____   )
16

17      The United States of America, through its counsels of record,

18 McGregor W. Scott, United States Attorney for the Eastern District

19 of California, and William S. Wong, Assistant United States

20 Attorney, and defendant Rahman Abul Shadebadi, through his counsel

21 of record, Peter Kmeto, Esq., hereby stipulate and agree that the

22 status conference and/or entry of plea be continued to April 28,

23 2006, at 9:00 a.m.

24      The defendant has retained Pete Kmeto, Esq., and his counsel is

25 currently in a jury trial in <u>United States v. Greer, et al.</u>, CR-S-

26 03-042 FCD.  The parties need further time to resolve and complete

27 investigation that may impact the sentence in this case and,

28 therefore, need additional time for further investigation.

                                    1

1  Accordingly, the parties stipulate that time be excluded for the
2  pendency of the previously filed motion pursuant to 18 U.S.C. §
3  3161(h)(1)(F) and Local Code E - delay resulting from any pending
4  pretrial motion, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
5  - additional time to conduct further investigation regarding issues
6  that may impact sentence and due to the unavailability of defense
7  counsel.
8  IT IS SO STIPULATED.

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: March 23, 2006         By:  /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney
                                   Attorneys for Plaintiff


DATED: March 23, 2006         By:  /s/ Peter Kmeto
                                   PETER KMETO
                                   Attorney for Defendant
                                   RAHMAN ABUL SHADEBADI

_____
                               **ORDER**

    UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is
hereby ordered that this matter be set for further status conference
and/or entry of plea as set forth above.

    The Court finds excludable time as set forth above to and
including April 28, 2006.

    **IT IS SO ORDERED.**

Dated:  April 19, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge