1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                ) CR S-04-481 GEB
12              Plaintiff,      )
                                ) STIPULATION AND ORDER RESETTING
13        v.                    ) STATUS CONFERENCE, AND EXCLUDING
                                ) TIME UNDER THE SPEEDY TRIAL ACT
14 RAHMAN ABUL SHADEBADI,       )
                                )
15              Defendant.      )
   _____)
16

17      The United States of America, through its counsels of record,
18 McGregor W. Scott, United States Attorney for the Eastern District
19 of California, and William S. Wong, Assistant United States
20 Attorney, and defendant Rahman Abul Shadebadi, through his counsel
21 of record, Peter Kmeto, Esq., hereby stipulate and agree that the
22 status conference and/or entry of plea be from April 28, 2006, to
23 June 30, 2006, at 9:00 a.m.
24      The parties need further time to resolve and complete
25 investigation that may impact the sentence in this case and,
26 therefore, need additional time for further investigation.
27 Accordingly, the parties stipulate that time be excluded for the
28 pendency of the previously filed motion pursuant to 18 U.S.C.

§ 3161(h)(1)(F) and Local Code E - delay resulting from any pending pretrial motion, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 - additional time to conduct further investigation regarding issues that may impact sentence and due to the unavailability of defense counsel.

IT IS SO STIPULATED.

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: April 27, 2006          By:   /s/ William S. Wong
                                     WILLIAM S. WONG
                                     Assistant U.S. Attorney
                                     Attorneys for Plaintiff


DATED: April 27, 2006          By:   /s/ Peter Kmeto
                                     PETER KMETO
                                     Attorney for Defendant
                                     RAHMAN ABUL SHADEBADI
```

_____
**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference and/or entry of plea as set forth above.

The Court finds excludable time as set forth above to and including June 30, 2006.

**IT IS SO ORDERED.**

Dated:  May 10, 2006

```
                                     /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge
```

2