McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               ) CR S-04-481 GEB
            Plaintiff,         )
                               ) STIPULATION AND ORDER RESETTING
       v.                      ) STATUS CONFERENCE, AND EXCLUDING
                               ) TIME UNDER THE SPEEDY TRIAL ACT
RAHMAN ABUL SHADEBADI,         )
                               )
            Defendant.         )
_____)

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Rahman Abul Shadebadi, through his counsel of record, Peter Kmeto, Esq., hereby stipulate and agree that the status conference set for June 30, 2006, be continued for an entry of plea on August 11, 2006, at 9:00 a.m.

    The parties have reached an agreement in principle and need additional time to prepare the plea agreement.  Counsel for the government will be unavailable on annual leave until July 25, 2006. Counsel for the defendant, Peter Kmeto, will be in back-to-back jury trials and will be unavailable through most of July, 2006.

Therefore, the parties have agreed and respectfully request that the Court set the date of August 11, 2006, at 9:00 a.m., for entry of plea. Accordingly, the parties stipulate that time be excluded for the pendency of the previously filed motion pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E - delay resulting from any pending pretrial motion, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 - additional time to prepare and due to the unavailability of defense counsel and government's counsel.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: June 29, 2006       By:   /s/ William S. Wong
                                 WILLIAM S. WONG
                                 Assistant U.S. Attorney
                                 Attorneys for Plaintiff


DATED: June 29, 2006       By:   /s/ Peter Kmeto
                                 PETER KMETO
                                 Attorney for Defendant
                                 RAHMAN ABUL SHADEBADI

---

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference and/or entry of plea as set forth above.

The Court finds excludable time as set forth above to and including August 11, 2006.

**IT IS SO ORDERED.**

Dated: June 30, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2