FILED
August 4, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RAHMAN ABUL SHADEBADI, ) <br> ) <br> Defendant. ) | Case No. CR S04-0481 GEB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __RAHMAN ABUL SHADEBADI__ , Case No. __CR S04-0481 GEB__ , Charge __Title 18 USC § 922 (g)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     **X**    Release on Personal Recognizance

     __    Bail Posted in the Sum of $_____

         __    Unsecured Appearance Bond $_____

         __    Appearance Bond with 10% Deposit

         __    Appearance Bond with Surety

         __    Corporate Surety Bail Bond

         __    (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __August 4, 2006__ at *Sacramento, CA*.

By  *[signature]*
       Dale A. Drozd
       United States Magistrate Judge

Original - U.S. Marshal