```
1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    ) | CR S-04-481 GEB |
|            Plaintiff,              )<br>                                    ) | STIPULATION AND ORDER RESETTING |
|       v.                           )<br>                                    ) | STATUS CONFERENCE, AND EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL ACT |
| RAHMAN ABUL SHADEBADI,              )<br>                                    )<br>            Defendant.             )<br>_____) | |

   The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Rahman Abul Shadebadi, through his counsel of record, Peter Kmeto, Esq., hereby stipulate and agree that the status conference set for September 1, 2006, be continued for an entry of plea on September 22, 2006, at 9:00 a.m.

   The parties have reached an agreement in principle and need additional time to prepare the plea agreement.  Therefore, the parties have agreed and respectfully request that the Court set the date of September 22, 2006, at 9:00 a.m., for entry of plea. Accordingly, the parties stipulate that time be excluded for the

1

pendency of the previously filed motion pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E - delay resulting from any pending pretrial motion, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 - additional time to prepare and due to the unavailability of defense counsel and government's counsel.

IT IS SO STIPULATED.

```
                                         McGREGOR W. SCOTT
                                         United States Attorney

Dated:  August 30, 2006       By:  /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney
                                   Attorneys for Plaintiff


DATED: August 30, 2006        By:  /s/ Peter Kmeto
                                   PETER KMETO
                                   Attorney for Defendant
                                   RAHMAN ABUL SHADEBADI
```

_____

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference and/or entry of plea as set forth above.

The Court finds excludable time as set forth above to and including September 22, 2006.

**IT IS SO ORDERED.**

Dated:  August 31, 2006

```
                                   /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge
```

2