PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: RAHMAN ABUL SHADEBADI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-0481 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | |
| RAHMAN ABUL SHADEBADI, ) | |
| Defendant. ) | |

Defendant, RAHMAN ABUL SHADEBADI, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, WILLIAM S. WONG, stipulate and agree to the following:

1. The presently scheduled date of March 9, 2007 for Hearing for Judgement and Sentencing be vacated and that a Status Hearing re: Judgement and Sentencing be rescheduled for April 6, 2007 at 9:00 a.m..

2. Since the time of the Defendant's entry of a guilty plea to the above entitled case, he has suffered an new arrest. He is currently in custody and is desirous of reaching a "global settlement" with the government. To that end, the parties have agreed to continue the Judgement and Sentencing date and to have the matter set for Status re: Judgement and Sentencing.

/// ///

/// ///

- 1 -

1 IT IS SO STIPULATED.

2 Dated:   March 7, 2007                    /s/  WILLIAM S. WONG
                                            Assistant U.S. Attorney
3                                           for the Government

4

5

6 Dated:   March 7, 2007                    /s/  PETER KMETO
                                            Attorney for Defendant
                                            RAHMAN ABUL SHADEBADI
7

8                                    ORDER

9         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

10 ordered that the sentencing hearing currently set for March 9, 2007 be continued

11 for a Status Hearing re: Judgement and Sentencing, as set forth above, to April 6,

12 2007.

13 Dated: March 7, 2007

15 _____
   GARLAND E. BURRELL, JR.
16 United States District Judge

- 2 -