```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-04-481 GEB |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| RAHMAN ABUL SHADEBADI, ) | |
| Defendant. ) | |

    The United States of America, through its attorneys of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Rahman Abul Shadebadi, through his counsel, Peter Kmeto, Esq., hereby stipulate and agree to the following:

    1.  The presently scheduled date of August 17, 2007, at 9:00 a.m., for status hearing regarding judgment and sentencing be vacated and a new status hearing regarding judgment and sentencing be scheduled for October 26, 2007, at 9:00 a.m..

    2.  Subsequent to the defendant's entry of a guilty plea to the above-entitled case, a criminal complaint has been filed against him in Mag. 07-049 KJM.  The defendant is currently in custody and is desirous of reaching a "global settlement" of

1  all his charges.  Furthermore, the parties are in agreement to
2  delay the sentencing in this matter in order to conduct a full
3  investigation of the defendant's new matter and to determine
4  the impact that the new case will have on the sentencing in
5  this matter.  To this end, the parties have agreed to continue
6  the status regarding the judgment and sentencing to October 26,
7  2007, at 9:00 a.m.  The defendant having entered a plea of
8  guilty, the Speedy Trial Act is not impacted by a continuance
9  of the sentencing in this matter.

**IT IS SO STIPULATED**.

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: August 14, 2007       By:   /s/ WILLIAM S. WONG
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff



DATED: August 14, 2007       By:   /s/ PETER KMETO
                                        PETER KMETO
                                        Attorney for Defendant
                                        RAHMAN ABUL SHADEBADI
```
_____

**ORDER**

Pursuant to the parties' stipulation, the status regarding the judgment and sentencing hearing currently set for August 17, 2007, is continued to October 26, 2007, at 9:00 a.m., for a status hearing regarding judgment and sentencing.

Dated:  August 14, 2007

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2