PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: RAHMAN ABUL SHADEBADI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAHMAN ABUL SHADEBADI,<br><br>  Defendant. | No. CR-S-04-0481 GEB<br><br>STIPULATION AND ORDER |

Defendant, RAHMAN ABUL SHADEBADI, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, WILLIAM S. WONG, stipulate and agree to the following:

1. The presently scheduled date of January 4, 2008 for Hearing for Judgement and Sentencing be vacated and that a Status Hearing re: Judgement and Sentencing be rescheduled for February 8, 2008 at 9:00 a.m..

2. Since the time of the Defendant's entry of a guilty plea to the above entitled case, he has suffered an new arrest. He is currently in custody and is desirous of reaching a "global settlement" with the government. To that end, the parties have agreed to continue the Judgement and Sentencing date and to have the matter set for Status re: Judgement and Sentencing.

/// ///

- 1 -

IT IS SO STIPULATED.

Dated:   January 4, 2008               /s/  WILLIAM S. WONG
                                       Assistant U.S. Attorney
                                       for the Government


Dated:   January 4, 2008               /s/  PETER KMETO
                                       Attorney for Defendant
                                       RAHMAN ABUL SHADEBADI

## ORDER

The matter is re-scheduled for commencement at 9:00 a.m. on February 8, 2008, even though Mr. Wong failed to inform the court that it was unnecessary for it to prepare for the sentencing hearing scheduled for January 4, 2008, and wasted time of the United States Marshal's office attended to bringing defendant to that hearing.

Dated: January 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -