PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: RAHMAN ABUL SHADEBADI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-04-0481 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| RAHMAN ABUL SHADEBADI, | |
| Defendant. | |

Defendant, RAHMAN ABUL SHADEBADI, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, WILLIAM S. WONG, stipulate and agree to the following:

1. The presently scheduled date of February 8, 2008 for Hearing re: Status for Judgement and Sentencing be vacated and that a Hearing re: Status for Judgement and Sentencing be rescheduled for March 7, 2008 at 9:00 a.m..

2. Since the time of the Defendant's entry of a guilty plea to the above entitled case, he has suffered an new arrest.  He is currently in custody and is desirous of reaching a "global settlement" with the government.  To that end, the parties have agreed to continue the Judgement and Sentencing date and to have the matter set for Status re: Judgement and Sentencing.

/// ///

- 1 -

IT IS SO STIPULATED.

Dated:   February 5, 2008              /s/  WILLIAM S. WONG
                                       Assistant U.S. Attorney
                                       for the Government


Dated:   February 5, 2008              /s/  PETER KMETO
                                       Attorney for Defendant
                                       RAHMAN ABUL SHADEBADI

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the sentencing hearing currently set for February 8th, 2008 be continued for a Status Hearing re: Judgement and Sentencing, as set forth above, to March 7, 2008.

Dated: February 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge