```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) CR S-04-481 GEB
                                )
12              Plaintiff,      ) STIPULATION AND [PROPOSED] ORDER
                                ) RESETTING STATUS RE: JUDGMENT
13        v.                    )
                                )
14  RAHMAN ABUL SHADEBADI,      )
                                )
15              Defendant.      )
    _____)
16
17       The United States of America, through its counsels of record,
18  McGregor W. Scott, United States Attorney for the Eastern District
19  of California, and William S. Wong, Assistant United States
20  Attorney, and defendant Rahman Abul Shadebadi, through his counsel
21  of record, Peter Kmeto, Esq., hereby stipulate and agree that the
22  status conference regarding judgment set for March 7, 2008, should
23  be continued to April 11, 2008, at 9:00 a.m.
24       The parties are still working out sentencing ramifications.
25  Therefore, the parties have agreed and respectfully request that the
26  Court set the date of April 11, 2008, at 9:00 a.m., for judgment.
27  ///
28  ///
```

IT IS SO STIPULATED.

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: March 6, 2008          By:  /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney
                                   Attorneys for Plaintiff


DATED: March 6, 2008          By:  /s/ Peter Kmeto
                                   PETER KMETO
                                   Attorney for Defendant
                                   RAHMAN ABUL SHADEBADI
```

---

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for judgment on April 11, 2008.

**IT IS SO ORDERED.**

Dated:  March 10, 2008

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

2