1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR S-04-481 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) RESETTING STATUS RE: JUDGMENT |
| v. | ) |
| RAHMAN ABUL SHADEBADI, | ) |
| Defendant. | ) |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Rahman Abul Shadebadi, through his counsel of record, Peter Kmeto, Esq., hereby stipulate and agree that the status conference regarding judgment set for April 11, 2008, should be continued to May 9, 2008, at 9:00 a.m.

The parties are still working out sentencing ramifications. Therefore, the parties have agreed and respectfully request that the Court set the date of May 9, 2008, at 9:00 a.m., for judgment.

///

///

1

IT IS SO STIPULATED.

```
                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: April 9, 2008        By:   /s/ William S. Wong
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney
                                  Attorneys for Plaintiff


DATED: April 9, 2008        By:   /s/ Peter Kmeto
                                  PETER KMETO
                                  Attorney for Defendant
                                  RAHMAN ABUL SHADEBADI
```

_____

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for judgment on May 9, 2008.

**IT IS SO ORDERED.**

Dated:  April 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2