McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-04-481 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING STATUS RE: JUDGMENT |
| v. | |
| RAHMAN ABUL SHADEBADI, | |
| Defendant. | |

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Rahman Abul Shadebadi, through his counsel of record, Peter Kmeto, Esq., hereby stipulate and agree that the status conference regarding judgment set for May 9, 2008, should be continued to June 13, 2008, at 9:00 a.m.

    The parties are still working out sentencing ramifications. Therefore, the parties have agreed and respectfully request that the Court set the date of June 13, 2008, at 9:00 a.m., for judgment.

///

///

1

IT IS SO STIPULATED.

                                                McGREGOR W. SCOTT
United States Attorney

Dated: May 7, 2008        By:  /s/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney
Attorneys for Plaintiff

DATED: May 7, 2008        By:  /s/ Peter Kmeto
PETER KMETO
Attorney for Defendant
RAHMAN ABUL SHADEBADI

---

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for judgment on June 13, 2008.

**IT IS SO ORDERED.**

Dated:  May 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge