1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) CR S-04-481 GEB
                                )
12             Plaintiff,       ) STIPULATION AND [PROPOSED] ORDER
                                ) RESETTING STATUS RE: JUDGMENT
13        v.                    )
                                )
14 RAHMAN ABUL SHADEBADI,       )
                                )
15             Defendant.       )
   _____)
16

17      The United States of America, through its counsels of record,
18 McGregor W. Scott, United States Attorney for the Eastern District
19 of California, and William S. Wong, Assistant United States
20 Attorney, and defendant Rahman Abul Shadebadi, through his counsel
21 of record, Peter Kmeto, Esq., hereby stipulate and agree that the
22 status conference regarding judgment set for June 13, 2008, should
23 be continued to July 11, 2008, at 9:00 a.m.
24      The parties are still working out sentencing ramifications.
25 Therefore, the parties have agreed and respectfully request that the
26 Court set the date of July 11, 2008, at 9:00 a.m., for judgment.
27 ///
28 ///

1

1  IT IS SO STIPULATED.

2                                          McGREGOR W. SCOTT
                                           United States Attorney
3

4  Dated: June 12, 2008          By:  /s/ William S. Wong
                                      WILLIAM S. WONG
5                                     Assistant U.S. Attorney
                                      Attorneys for Plaintiff
6

7  DATED: June 12, 2008          By:  /s/ Peter Kmeto
                                      PETER KMETO
8                                     Attorney for Defendant
                                      RAHMAN ABUL SHADEBADI
9
   _____
10                              **ORDER**

11     UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is

12  hereby ordered that this matter be set for judgment on July 11,

13  2008.

14     **IT IS SO ORDERED.**

15  Dated:  June 16, 2008

16

17                                _____
                                  GARLAND E. BURRELL, JR.
18                                United States District Judge

2