```
1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-04-481 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING STATUS RE: JUDGMENT |
| v. | |
| RAHMAN ABUL SHADEBADI, | |
| Defendant. | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Rahman Abul Shadebadi, through his counsel of record, Peter Kmeto, Esq., hereby stipulate and agree that the status conference regarding judgment set for July 11, 2008, should be continued to September 5, 2008, at 9:00 a.m.

The parties are still working out sentencing ramifications. Therefore, the parties have agreed and respectfully request that the Court set the date of September 5, 2008, at 9:00 a.m., for judgment.

///

///

1  IT IS SO STIPULATED.

2                                         McGREGOR W. SCOTT
                                          United States Attorney
3

4  Dated: July 10, 2008          By:  /s/ William S. Wong
                                      WILLIAM S. WONG
5                                     Assistant U.S. Attorney
                                      Attorneys for Plaintiff
6

7  DATED: July 10, 2008          By:  /s/ Peter Kmeto
                                      PETER KMETO
8                                     Attorney for Defendant
                                      RAHMAN ABUL SHADEBADI
9
   _____
10                              **ORDER**

11     UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is

12  hereby ordered that this matter be set for judgment on September 5,

13  2008.

14     **IT IS SO ORDERED.**

15  Dated:  July 11, 2008

16

17  _____
    GARLAND E. BURRELL, JR.
18  United States District Judge

2