1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) CR S-04-481 GEB
                                )
12              Plaintiff,      ) STIPULATION AND [PROPOSED] ORDER
                                ) RESETTING STATUS RE: JUDGMENT
13         v.                   )
                                )
14 RAHMAN ABUL SHADEBADI,       )
                                )
15              Defendant.      )
   _____)
16

17      The United States of America, through its counsels of record,

18 McGregor W. Scott, United States Attorney for the Eastern District

19 of California, and William S. Wong, Assistant United States

20 Attorney, and defendant Rahman Abul Shadebadi, through his counsel

21 of record, Peter Kmeto, Esq., hereby stipulate and agree that the

22 status conference regarding judgment set for September 5, 2008,

23 should be continued to October 31, 2008, at 9:00 a.m.

24      The parties are still working out sentencing ramifications.

25 Therefore, the parties have agreed and respectfully request that the

26 Court set the date of October 31, 2008, at 9:00 a.m., for judgment.

27 ///

28 ///

                                    1

1  IT IS SO STIPULATED.

2                                          McGREGOR W. SCOTT
3                                          United States Attorney

4  Dated: September 4, 2008      By:  /s/ William S. Wong
                                       WILLIAM S. WONG
5                                      Assistant U.S. Attorney
                                       Attorneys for Plaintiff
6

7  DATED: September 4, 2008      By:  /s/ Peter Kmeto
                                       PETER KMETO
8                                      Attorney for Defendant
                                       RAHMAN ABUL SHADEBADI
9
   _____
10                            **ORDER**

11     UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is
12  hereby ordered that this matter be set for judgment on October 31,
13  2008.

14     **IT IS SO ORDERED.**

15  Dated:  September 8, 2008

16
17  _____
      GARLAND E. BURRELL, JR.
18    United States District Judge

2