LAWRENCE G. BROWN
Acting United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-04-481 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | RESETTING STATUS RE: JUDGMENT |
| v. ) | |
| ) | |
| RAHMAN ABUL SHADEBADI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Rahman Abul Shadebadi, through his counsel of record, Peter Kmeto, Esq., hereby stipulate and agree that the status conference regarding judgment set for February 6, 2009, should be continued to February 27, 2009, at 9:00 a.m.

   The parties are still working out sentencing ramifications. Therefore, the parties have agreed and respectfully request that the Court set the date of February 27, 2009, at 9:00 a.m., for judgment.

///

///

IT IS SO STIPULATED.

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: February 5, 2009          By:   /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

DATED: February 5, 2009          By:   /s/ Peter Kmeto
                                        PETER KMETO
                                        Attorney for Defendant
                                        RAHMAN ABUL SHADEBADI

_____

**ORDER**

Sentencing is rescheduled for February 27, 2009, at 9:00 a.m.

Dated:  February 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge