Case 2:04-cr-00481-GEB   Document 86   Filed 06/05/12   Page 1 of 1

FILED
June 5, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )   Case No. 2:04-CR-00481-GEB
          Plaintiff,       )
v.                         )   ORDER FOR RELEASE OF
                           )   PERSON IN CUSTODY
RAHMAN ABUL SHADEBADI,     )
                           )
          Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RAHMAN ABUL SHADEBADI, Case No. 2:04-CR-00481-GEB, Charge Title 18 U.S.C. § 3606, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔ Release on Personal Recognizance

__ Bail Posted in the Sum of $__

   __ Unsecured Appearance Bond

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

✔ (Other)   all previously imposed conditions of supervised release remain in full force and effect. Dft ordered to appear.

Issued at Sacramento, CA on June 5, 2012 at 2:18 pm.

By _____
Dale A. Drozd
United States Magistrate Judge